

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-13-00187-CR

Fernando **RODRIGUEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011-CRN-531-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on October 7, 2013. On November 1, 2013, a notice of late brief was sent to appellant's counsel, FAUSTO SOSA. Counsel responded by filing a first motion for extension of time on November 15, 2013 explaining that he had undergone emergency quadruple heart-bypass surgery which required a period of rest from September 20, 2013 to November 20, 2103. He requested an extension of 60 days in which to file the appellant's brief. The motion was granted, extending the deadline for filing the brief to January 6, 2014, with no further extensions. On January 8, 2014, appellant's counsel filed a second motion for extension requesting an additional thirty days based on the same reason. Because counsel had already received extensions totaling 90 days and been notified there would be no further extensions, the motion was granted "in part" for fourteen (14) days, making the appellant's brief due on January 28, 2014. The order stated that, "No further motions to extend time to file the appellant's brief will be considered." In a telephone call to the court on February 11, 2014, counsel assured the clerk that the appellant's brief would be filed no later than February 18, 2014, along with a motion for extension. The appellant's brief was not filed. Instead, appellant's counsel filed a third motion for extension on February 21, 2014 requesting an additional 60 days to file the brief. The motion was granted in part for thirty (30) days, making the appellant's brief due on March 24, 2014; appellant's counsel was notified that the extension was a final extension and no more requests for extension would be considered. The appellant's brief was not filed. Counsel also ignored repeated phone calls from this court inquiring as to the status of the brief during this period of time.

On April 24, 2014, this court abated the appeal to the trial court for a hearing to determine whether appellant desired to prosecute the appeal, whether appellant was indigent, and whether counsel had abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2). A supplemental clerk's record containing the trial court's findings of facts and conclusions of law and a supplemental reporter's record of the hearing have now been filed in this court. In its findings of fact, the trial court found that appellant desires to pursue the appeal, appellant is indigent, and appellant's counsel, attorney FAUSTO SOSA, has not abandoned the appeal and represented to the court that he intended to file the brief no later than May 26, 2014. It is ORDERED that this appeal is REINSTATED on the docket of this court.

As of the date of this order, the appellant's brief has not been filed by Mr. Sosa.

**We, therefore, ORDER FAUSTO SOSA to electronically file appellant's brief within ten (10) days of the date of this order.** *See* **TEX. R. APP. P. 9.2(c)(4). NO EXTENSIONS WILL BE GRANTED. If FAUSTO SOSA fails to file appellant's brief in Appeal No. 04-13-00187-CR as ordered, FAUSTO SOSA will be ordered to appear and show cause why he should not be held in civil or criminal contempt or otherwise sanctioned.** *See* **TEX. R. APP. P. 38.8(b)(4).**

**The clerk of this court shall cause a copy of this order to be served on FAUSTO SOSA by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court